IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:05-CR-104-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v )<br>TANRE STEPHON TAYLOR, )<br>)<br>Defendant. )<br>)<br>) | ORDER |

THIS MATTER is before the Court on Defendant's *pro se* motion (Doc # 669 ) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motion is DENIED for the reasons stated in the two Presentence Investigation Reports and prior Court's Order (Doc. Nos. 648, 649 & 653).

IT IS SO ORDERED.

Signed: October 8, 2009

Frank D. Whitney
United States District Judge